UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ALLEN FLETCHER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, Warden<br><br>　　　　Respondent. | Case No. CV 09-1191-AHM (CT)<br><br>**J U D G M E N T** |

　　In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: <u>November 25, 2009</u>

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**JS-6**